UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| SKYLER MAMONE FELDT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE (DOC. NO. 10)**<br><br>Case No. 2:25-cv-00353<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

The parties have filed a stipulated motion to transfer venue,[1] seeking to transfer this case to the United States District Court for the Northern District of California, San Jose Division. The parties also request an extension of Apple's answer deadline. Section 1404 of Title 28 of the United States Code provides: "For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."[2] The parties stipulate to the transfer, noting Apple is incorporated in California, Apple's principal executive offices are in Cupertino, California, and other similar cases have been filed in the Northern District of California. Accordingly, for the reasons stated in the motion, the requirements for

---

[1] (Doc. No. 10.)

[2] 28 U.S.C. § 1404(a).

transfer of venue are met. The court GRANTS the motion[3] and ORDERS as follows:

    1.    This case shall be transferred to the United States District Court for the Northern District of California, San Jose Division.

    2.    Apple's deadline to respond to the complaint shall be extended to July 28, 2025.

DATED this 20th day of May, 2025.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[3] (Doc. No. 10.)